# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147764

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 147764
                                                     COA: 309056
                                                     Kent CC: 09-009087-FH
JEFFREY DERELL WILLIAMS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

s0127

Clerk